UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                                            :
BURBERRY LIMITED, CARTIER NORTH             :
AMERICA, a division of RICHEMONT NORTH      :        26cv4252 (DLC)
AMERICA, INC., CHANEL, INC., CHRISTIAN      :
DIOR COUTURE, S.A., FENDI S.R.L., GUCCI     :        ORDER
AMERICA, INC., HERMÈS INTERNATIONAL, J.     :
CHOO LIMITED, LOUIS VUITTON MALLETIER,      :
MICHAEL KORS, L.L.C., PARFUMS CHRISTIAN     :
DIOR, S.A., PRL USA HOLDINGS, INC.,         :
RICHEMONT INTERNATIONAL SA, and YVES        :
SAINT LAURENT SAS,                          :
                                            :
                          Plaintiffs,       :
                                            :
                 -v-                        :
                                            :
VARIOUS JOHN DOES, JANE DOES, and           :
XYZ COMPANIES,                              :
                                            :
                          Defendants.       :
                                            :
-------------------------------------------- X

DENISE COTE, District Judge:

     For the reasons stated on the record during the June 4,

2026 preliminary injunction hearing, it is hereby

     ORDERED that the above-captioned matter is unsealed.

     IT IS FURTHER ORDERED that the plaintiffs shall submit a

status report with a request for any further proceedings by **July

10, 2026.**

Dated:    New York, New York
          June 4, 2026

                              _____
                                        DENISE COTE
                              United States District Judge