**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BURBERRY LIMITED, CARTIER NORTH AMERICA, a division of RICHEMONT NORTH AMERICA, INC., CHANEL, INC., CHRISTIAN DIOR COUTURE, S.R.L., GUCCI AMERICA, INC., HERMÈS INTERNATIONAL, J. CHOO LIMITED, LOUIS VUITTON MALLETIER, MICHAEL KORS, L.L.C., PARFUMS CHRISTIAN DIOR, S.A., PRL USA HOLDINGS, INC., RICHEMONT INTERNATIONAL SA, and YVES SAINT LAURENT SAS, | 26 Misc. 232 <br><br> **FILED UNDER SEAL** |

Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES,
and XYZ COMPANIES,

Defendants.

## ORDER TO FILE CIVIL CASE UNDER SEAL

Plaintiffs Burberry Limited, Cartier North America, a division of Richemont North America, Inc., Chanel, Inc., Christian Dior Couture, S.A., Fendi S.r.l., Gucci America, Inc., Hermès International, J. Choo Limited, Louis Vuitton Malletier, Michael Kors, L.L.C., Parfums Christian Dior, S.A., PRL USA Holdings, Inc., Richemont International SA, and Yves Saint Laurent SAS, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby ORDERED as follows that:

This case may be filed under seal (the "Sealed Case"). The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules &

Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

The Clerk of this Court is further directed, pending the hearing of Plaintiffs' motion for preliminary injunction and subject to modification by the judge to whom the case is assigned, to keep and maintain under seal all papers filed in the Sealed Case, and that public scrutiny of such papers shall not be permitted, subject to defendants' rights to access such papers upon presenting the Clerk of this Court with proper identification.

Dated:  May 20, 2026
       New York, New York

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

2